# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2072

_____

James E. Wilson,                              *
                                              *
                Appellant,                    *    Appeal from the United States
                                              *    District Court for the
        v.                                    *    Eastern District of Missouri.
                                              *         [UNPUBLISHED]
Michael Johnston, Dr.,                        *
                                              *
                Appellee.                     *

_____

Submitted:  June 25, 2003

Filed:   June 30, 2003

_____

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

James E. Wilson appeals from the dismissal of his civil suit.  Having reviewed the record, we conclude that the district court[1] did not abuse its discretion in dismissing the complaint as frivolous.  See 28 U.S.C. § 1915(e)(2)(B)(i) (court shall dismiss case if it determines action is frivolous); Denton v. Hernandez, 504 U.S. 25, 32-34 (1992) (standard of review; court may dismiss complaint of plaintiff proceeding in forma pauperis (IFP) as frivolous, and disregard clearly baseless,

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

fanciful, fantastic, or delusional factual allegations); <u>Neitzke v. Williams</u>, 490 U.S. 319, 324 (1989) (noting that plaintiff proceeding IFP lacks economic incentive to refrain from filing frivolous, malicious, or repetitive lawsuits).  However, we modify the dismissal to be without prejudice to the filing of a paid complaint.  <u>See</u> <u>Denton</u>, 504 U.S. at 34.

The judgment is affirmed, as modified.  <u>See</u> 8th Cir. R. 47A(a).  We deny all pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.